**Order entered June 21, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01118-CV

**BRIGETTA D'OLIVIO, Appellant**

**V.**

**HILARY THOMPSON HUTSON, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-02704-2020**

## ORDER

Before the Court is appellant's June 18, 2021 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **July 9, 2021**. We caution appellant that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE